# AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

## INTRODUCTION

I, Desirae Maldonado, being duly sworn, hereby depose and state:

1. I am a Special Agent with the United States Department of Justice, Federal Bureau of Investigation (FBI). I have been employed by the FBI as a Special Agent since January 2019. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), that is, I am an officer of the United States, who is empowered by law to conduct investigations regarding violations of United States law, to execute warrants issued under the authority of the United States, and to make arrests of the offenses enumerated in 18 U.S.C. §§ 2251 *et. seq*. In the course of my duties, I am responsible for investigating crimes which include, but are not limited to, child exploitation and child pornography. I have previously been involved in criminal investigations concerning violations of federal laws. Since joining the FBI, I have received specialized training in human trafficking investigations, identifying and seizing electronic evidence, computer forensics, recovery, and social media investigations.

2. This affidavit supports an application for a criminal complaint charging DONOVAN CHAPLIN with Coercion and Enticement of a Minor, in violation of Title 18, United States Code, § 2422(b) and Production of Child Pornography, in violation of Title 18, United States Code, § 2251(a).

3. The information set forth in this affidavit is known to me as a result of an investigation personally conducted by me and other law enforcement agents. Thus, the statements in this affidavit are based in part on information provided to Special Agents ("SAs") and other employees of the FBI, as well as other investigators employed by federal or state governments. I

1

have participated in investigations involving persons who collect and distribute child pornography, and the importation and distribution of materials relating to the sexual exploitation of children. I have received training in the areas of child exploitation, and I have reviewed images and videos of child pornography in a wide variety of media forms, including computer media. I have also discussed and reviewed these materials with other law enforcement officers.

4. In the course of my employment as a sworn law enforcement officer, I have participated in the execution of numerous search warrants resulting in the seizure of computers, magnetic storage media for computers, other electronic media, and other items evidencing violations of state and federal laws, including various sections of Title 18, United States Code § 2251 *et. seq.* involving child exploitation offenses.

5. This affidavit is based upon information that I have gained from my investigation, my training and experience, as well as information gained from conversations with other law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that DONOVAN CHAPLIN, has committed a violation of Title 18, United States Code Sections 2422(b) and 2251(a).

## STATUTORY AUTHORITY

6. This investigation concerns alleged violations of Title 18, United States Code, § 2422(b), relating to material involving the coercion and enticement of a minor, and Title 18, United States Code, § 2251(a), relating to the production of child pornography.

7.     Title 18 United States Code § 2422(b) provides that whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title or imprisoned not less than 10 years or for life.

8.     As relevant here, Virginia Code § 18.2-374.3 prohibits soliciting minors using communications systems including computers.

9.     Title 18 United States Code §2251(a) provides that any person who employs, uses, persuades, induces, entices, or coerces, or attempts to do so, any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

## DEFINITIONS

10. The terms "minor" and "sexually explicit conduct" are defined in Title 18, United States Code, §§ 2256(1) and (2). The term "minor" is defined as "any person under the age of eighteen years." The term "sexually explicit conduct" means actual or simulated:

   a. Sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex;

   b. Bestiality;

   c. Masturbation;

   d. Sadistic or masochistic abuse; or

   e. Lascivious exhibition of the anus, genitals or pubic area of any person.

11. The term "computer," as used herein, is defined pursuant to Title 18, United States Code, § 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

## FACTS AND CIRCIMSTANCES

12. On January 17, 2023, the FBI Norfolk Office/Peninsula Resident Agency received information from a complainant indicating Jane Doe 1, a 15-year-old girl residing in Franklin, Virginia, had been communicating with Discord username "eric101#8073" for approximately two months on Discord. Discord username "eric101#8073" claimed he was 17 years old and solicited and exchanged sexually explicit communications and photos with Jane Doe 1.

13. On January 24, 2023, Discord responded to an administrative subpoena requesting subscriber information for Discord username "eric101#8073" issued on January 20, 2023. The

4

response included the following subscriber information: Username: eric101#8073; User ID: 1039643643977400000, Billing name: Eric Reddington, email: reddingtoner1@gmail.com, Phone number: +1716***3754, Registration IP address: 72.228.148.122, last seen IP address: 72.228.148.122 (2023-1-24 20:53:25). The listed billing address was in Iowa Park, Texas.

14. On January 27, 2023, your affiant queried the National Center for Missing and Exploited Children (NCMEC) for potential CyberTips associated with IP address: 72.228.148.122. The query resulted in two CyberTips: 139400241 and 81905894. Both CyberTips were associated with the New York State Police Department and worked by the New York State Internet Crimes Against Children Task Force (ICAC).

15. On January 27, 2023, your affiant contacted the New York ICAC regarding CyberTips 139400241 and 81905894. New York ICAC advised your affiant CyberTip 139400241 was closed as there were no images associated with the CyberTip. New York ICAC advised your affiant CyberTip 81905894 led to the arrest of DONOVAN CHAPLIN, date of birth: 09/**/2000, address: *** Monroe Avenue, Angola, New York 14006.

16. On January 5, 2022, DONOVAN CHAPLIN was convicted of a Class D felony - Sexual Abuse 1st: Sexual Contact with an Individual Less than 11 Years Old in Erie County, New York. DONOVAN CHAPLIN was sentenced on April 11, 2022, to 10 years of probation.

17. On February 1, 2023, Charter Communications responded to an administrative subpoena requesting subscriber information for IP address: 72.228.148.122 issued on January 25, 2023. The response included the following subscriber information: Subscriber name: Chris Chaplin, Service/Billing Address: *** Monroe Avenue, Apartment *, Angola, New York 14006, Start date: 4/2/2019 9:38PM.

5

18. Open-source queries reveal Christopher L. Chaplin, date of birth: \*\*/\*\*/1959, resides at \*\*\* Monroe Avenue, Angola, New York 14006. Open-source queries also reveal DONOVAN J. CHAPLIN, date of birth: 09/\*\*/2000, also resides at \*\*\* Monroe Avenue, Angola, New York 14006.

19. On March 8, 2023, your affiant received a 256GB USB from Jane Doe 1's stepmother containing a screen recording of the conversation between Jane Doe 1 and Discord username "eric101#8073." The screen recording was approximately 6 hours and 4 minutes in length.

20. On May 8, 2023, your affiant completed the review of the aforementioned screen recording. During the review of the screen recording, the following conversations occurred, but do not encompass the entirety of the conversation between approximately November 12, 2022, and January 25, 2023:

    a. 11/12/2022 8:18PM
       **eric101#8073:** *you said youre 15?*
       Jane Doe 1: *Yea*
       **eric101#8073:** *cool*

    b. 11/13/2022 5:29PM
       **eric101#8073:** *lol how old are you again*
       Jane Doe 1: *15*
       **eric101#8073:** *ok yeah I remember*
       Jane Doe 1: *Lol*
       Jane Doe 1: *Aren't you like 17?*
       **eric101#8073:** *ya that ok?*
       Jane Doe 1: *Yeah*
       […]
       **eric101#8073:** *I guess…sucks your not freaky cause youre beautiful*
       Jane Doe 1: *Ah.*
       **eric101#8073:** *ya…*
       Jane Doe 1: *Yea, but not everything has to be sexual*
       **eric101#8073:** *I get that ya do you think you might be a lil freaky if we keep talking*

Jane Doe 1: *I don't know*
eric101#8073: *Do you think you might ever take a pic....?*
Jane Doe 1: *I won't bc I'm playing on my brother's device*
eric101#8073: *Oh you wouldn't be able to take one and delete it?*
Jane Doe 1: *I got this.*
Jane Doe 1: *[Sends picture of her body fully clothed]*
eric101#8073: *damnnnnn*
eric101#8073: *I wouldn't mind those pants off hehe*
eric101#8073: *are you with people rn*
Jane Doe 1: *Yes*
eric101#8073: *damn are you ever able to get alone?*
Jane Doe 1: *No*
Jane Doe 1: *Lol my mom has a small house*
eric101#8073: *when do you touch yourself>?*
Jane Doe 1: *When I get horny*
eric101#8073: *where do you go to do it?*
Jane Doe 1: *The bathroom or when my sister isn't in the room*
eric101#8073: *damn and you never have the device wit you*
Jane Doe 1: *No*
[…]
Jane Doe 1: *I'm still a Virgin lmao*
eric101#8073: *id change that*
Jane Doe 1: *You are also 2 years older.*
eric101#8073: *so?*
eric101#8073: *im also experienced and ill make you cum*
Jane Doe 1: *Ah.*
Jane Doe 1: *No.*
[…]
eric101#8073: *do you cumm when you touch yourself*
Jane Doe 1: *Sometimes.*
eric101#8073: *now imagine instead of you fingers it being my tongue*
Jane Doe 1: *Oh.*
[…]
eric101#8073: *fuck thinking about you having your panties on my floor and your legs spread on my bed and me eating you out till you cum makes me hard*
Jane Doe 1: *Oh cool*
eric101#8073: *lol*
Jane Doe 1: *Glad I can pleasure you without taling sexual*
eric101#8073: *without what*
Jane Doe 1: *Talking**
eric101#8073: *ohhh you should try for me...*
Jane Doe 1: *I cannot*
Jane Doe 1: *I'm rusty..*
eric101#8073: *I don't mind*

      **eric101#8073:** *please*
      Jane Doe 1: *No*
      Jane Doe 1: *I don't want to*
      Jane Doe 1: *Go masterbate*
      **eric101#8073:** *aw man*
      **eric101#8073:** *id rather you jerk me off*
      […]
      **eric101#8073:** *mhmm id eat the fuck outta you hehe*
      Jane Doe 1: *O*
      **eric101#8073:** *your cum on my chin would be hot*
      Jane Doe 1: *I.*
      Jane Doe 1: *No.*
      **eric101#8073:** *no what?*
      Jane Doe 1: *I'm still younger than you.*
      **eric101#8073:** *only a couple years its not bad at all*

    c. 11/18/2022 8:35PM
      **eric101#8073:** *can I see boobies lol*
      Jane Doe 1: *[sends picture of herself in bra with hand between chest]*
      **eric101#8073:** *move that hand princess*
      **eric101#8073:** *please babygirl*
      **eric101#8073:** *or would you be willing to show me that ass without those shorts*

    d. 11/27/2022 7:06PM
      **eric101#8073:** *can I send a dick pic*
      Jane Doe 1: *You can send pics?*
      **eric101#8073:** *I have one but no face pics*
      Jane Doe 1: *O*
      **eric101#8073:** *do you want the dick pic*
      Jane Doe 1: *I mean you can if you're comfortable. I gotta leave soon.*
      **eric101#8073:** *youre gonna be scared*
      Jane Doe 1: *Oh*
      **eric101#8073:** *[sends picture of an erect penis with a ruler next to it]*
      **eric101#8073:** *I wanna rip you open*

    e. 12/20/2022 9:26PM
      **eric101#8073:** *letting me see you naked so I can fuck you till you cum*
      Jane Doe 1: *That seems as it'll help you*
      **eric101#8073:** *itll help us both*
      **eric101#8073:** *I wont save I swear just lemme see a quick pic*
      Jane Doe 1: *idk*
      Jane Doe 1: *I'll try something \*emoji\**
      **eric101#8073:** *please I swear I wont expose I don't even answer peoples calls*
      **eric101#8073:** *and I don't save*

      Jane Doe 1: *[sends picture exposing breasts]*
      eric101#8073: *oh fuck yess*
      eric101#8073: *lemme fucking suck them amazing boobs*
      eric101#8073: *fuckkkkk*
      […]
      eric101#8073: *please give me everything*
      eric101#8073: *I want all of your sexiness*
      Jane Doe 1: *I meant That's all u get *emoji**
      eric101#8073: *please give me*
      Jane Doe 1: *Auto correct got me wrong*
      eric101#8073: *take off pants at least*
      Jane Doe 1: *[sends picture standing with t-shirt and backside of underwear]*
      eric101#8073: *oh fuck yessssss you really should give me one pic of that kitty that will be drizzling my cum out of it*

  f.  12/24/2022 4:01PM
      Jane Doe 1: *Wyd?*
      eric101#8073: *freezing*
      Jane Doe 1: *Oh are you outside*
      eric101#8073: *nope*
      Jane Doe 1: *You're freezing inside?*
      eric101#8073: *mhmm*
      eric101#8073: *im currently at my unlces in buffalo NY*
      Jane Doe 1: *OH*
      eric101#8073: *it's a fucking blizzard here*

  g.  12/29/2022 1:46PM
      Jane Doe 1: *Btw I just got out the shower and realized how ugly my pussy looks *emoji**
      eric101#8073: *Proof?*
      eric101#8073: *Proof*
      eric101#8073: *Proof*
      eric101#8073: *Proof*
      eric101#8073: *cause I don't believe you*
      Jane Doe 1: *Umn*
      eric101#8073: *hehehe*
      Jane Doe 1: *Imma delete this later, butvwhy does it look like that *emoji**
      Jane Doe 1: *[Sends picture of vagina while sitting on blue towel]*
      eric101#8073: *ooooo*emoji**
      eric101#8073: *mmmmmm*
      eric101#8073: *daddy wantssssssssssssssssssssss*
      eric101#8073: *fuckkkkkkkkkkkkkkkkkkkkk*
      eric101#8073: *hehehehe*
      Jane Doe 1: **emoji* wow.*

9

      **eric101#8073:** *I knew you were lying*
      **eric101#8073:** *that pussy looks so fucking tasty*

  h. 1/7/2023 6:22PM
      Jane Doe 1: *That's like two first names*
      Jane Doe 1: *Sophie Lee?*
      Jane Doe 1: *It's conflicting*
      **eric101#8073:** *ew no not lee*
      **eric101#8073:** *that's my dads middle name*
      **eric101#8073:** *name*

  i. 1/7/2023 8:30PM
      Jane Doe 1: *I'm about to take a shower*
      **eric101#8073:** *can I join?*
      Jane Doe 1: *Maybe*
      **eric101#8073:** *on vc?*
      Jane Doe 1: *You are gonna barely see me if we do vc*
      Jane Doe 1: *imm probably gonna hide from the camera*
      **eric101#8073:** *could I watch you undress \*emoji\**
      **eric101#8073:** *please don't hide*
      Jane Doe 1: *O*
      Jane Doe 1: *I'm already about to hop in the actual shower I was already undressing*
      **eric101#8073:** *wait cause I wanna see you nakeddddd*
      Jane Doe 1: *No*
      Jane Doe 1: *I'm not ready*
      **eric101#8073:** *aweeee okay*
      **eric101#8073:** *baby I wanna get in there and eat your pussy*
      Jane Doe 1: *I mean I took these for you*
      Jane Doe 1: *[sends nude picture of herself standing]*
      Jane Doe 1: *Hold on imma take a shower now*

  21. In the midst of the screen recording, the Discord application shut down. The screen recording shows the Discord application reopen and shows Discord username "eric101#9073" actively change to "Deleted User b1eb0990".[1] The following conversation occurred between Jane Doe 1 and "Deleted User b1eb0990":

---

[1] From my review of publicly available information provided by Discord, including its Law Enforcement Guide, as well as my training and experience and conversations with other law enforcement officers, I have learned that the term "Deleted User" is not part of the Discord

10

    a. 1/16/2023 2:13PM
Jane Doe 1: *Are you just sitting down?*
Deleted User b1eb0990: *laying down*
Jane Doe 1: *Oh*
Jane Doe 1: *I'm sitting*
Deleted User b1eb0990: *sit on me while I lay down*
Jane Doe 1: *I*
Jane Doe 1: *Gee*
Jane Doe 1: *You think you could handle me?*
Deleted User b1eb0990: *mhmm*
Jane Doe 1: *Okayy*
Jane Doe 1: *I move around a lot so I might end up doing a whole 360 on you*
Deleted User b1eb0990: *hehe okay*
Jane Doe 1: *Yeaa*
Jane Doe 1: *idk*
Jane Doe 1: *What to do m*
Jane Doe 1: *I'm bored*
Deleted User b1eb0990: *me too*
Jane Doe 1: *Pff if only you could call*
Deleted User b1eb0990: *I knowwww*
Jane Doe 1: *Why can't you*
Jane Doe 1: *\*emoji\**
Jane Doe 1: *DO NOT OPEN THIS IF YOU ARE NEAR YOUR DAD*
Jane Doe 1: *[sends video of herself sitting on the floor nude while fondling and digitally penetrating her vagina]*
Jane Doe 1: *I just thought since you let me see you do it could return the favor*
Deleted User b1eb0990: *FUCKKKKK\* MY COCK IS SO FUCKING HARD*
Deleted User b1eb0990: *I FOLDDDDD\**
Deleted User b1eb0990: *that is absolutely fucking exquisite \*emoji\**
Jane Doe 1: *Yea? \*emoji\**
Deleted User b1eb0990: *MOMMY I WANNA EAT YOUR PUSSYYYYYYYYY*
Deleted User b1eb0990: *lemme eat ittttt \*emoji\**
Jane Doe 1: *Okayyy*
Deleted User b1eb0990: *mmm mommy I wanna eat your cummmmmm*
Deleted User b1eb0990: *cum on meeee*
Jane Doe 1: *Pfffffff yk I wish*
Jane Doe 1: *But I just got out the shower*
Deleted User b1eb0990: *proof?*
Deleted User b1eb0990: *lemme see*
Deleted User b1eb0990: *please*

account username, but instead denotes that this account has been deleted by the user. Discord, however, maintains records associated with the deleted account until all communications with that account have been closed.

11

**Deleted User b1eb0990:** *my dads in the shower*
**Deleted User b1eb0990:** *lemme vc and rub that pussy for me*
**Deleted User b1eb0990:** *pleaseeee*
**Deleted User b1eb0990:** *please mommy*
Jane Doe 1: *[sends selfie of face and top of chest]*
**Deleted User b1eb0990:** *ughhh ill mute mommy please*
**Deleted User b1eb0990:** *pretty please mommy*
Jane Doe 1: *No I gotta get out I've been in the bathroom for 2 hours*
**Deleted User b1eb0990:** *please just rub a lil my pp hard and I wanna show you*
Jane Doe 1: *I*
Jane Doe 1: *Idk*
**Deleted User b1eb0990:** *please mommy*
**Deleted User b1eb0990:** *please I really wanna*
**Deleted User b1eb0990:** *I know you like my pp*
**Deleted User b1eb0990:** *I gotta be real quick*
**Deleted User b1eb0990:** *my dads quick in the shower*
Jane Doe 1: *Oh*
Jane Doe 1: *No*
**Deleted User b1eb0990:** *so please*
**Deleted User b1eb0990:** *aw okay*
Jane Doe 1: *I'm sorry*
**Deleted User b1eb0990:** *mommy...?*
**Deleted User b1eb0990:** *can I fill your pussy with my cum*
Jane Doe 1: *Yeah*
**Deleted User b1eb0990:** *no condom on*
**Deleted User b1eb0990:** *just fill it till its pouring out of you*
**Deleted User b1eb0990:** *can you do a quick vid of you naked arching?*
Jane Doe 1: *I think*
Jane Doe 1: *If the bathroom is big enough*
**Deleted User b1eb0990:** *mmmm from the back?*
**Deleted User b1eb0990:** *I will cum so fucking hard*
Jane Doe 1: *Ah*
**Deleted User b1eb0990:** *mmm please mommy lemme see that pussy from the back so I know what imma fill with cum*
Jane Doe 1: *My mom's bathroom is so mf small*
Jane Doe 1: *[sends video of herself nude on all fours with her vagina exposed from behind]*
Jane Doe 1: *\*emoji\* I had to move things around*
**Deleted User b1eb0990:** *FUCK YESSSS\* IM GONNA FUCKKKKKK YOUUUUUU\* YOURE GETTING PREGNANT*
Jane Doe 1: *Is that that good?? Woah*
**Deleted User b1eb0990:** *I meannn would you do more*
Jane Doe 1: *How*

12

> **Deleted User b1eb0990:** *same way but rock back and forth maybe rub your pussy in that position*
> **Deleted User b1eb0990:** *finger a lil if you want*
> **Deleted User b1eb0990:** *if you need to finish up and cant I understand baby you've done so fucking much hehe and im so lucky to have you*

22. On February 2, 2023, Jane Doe 1 was forensically interviewed by an FBI Child Adolescent Forensic Interviewer (CAFI). Jane Doe 1 confirmed the individual she was chatting with on Discord was "eric101#8073." Jane Doe 1 had a couple of video calls with "eric101#8073" and could only see half of his face during the video calls. Jane Doe 1 described "eric101#8073" as a male with a beard. Jane Doe 1 also described a lamp and a dark brown futon or bed in the background of the video calls.

23. According to Department of Motor Vehicles (DMV) records, to include DMV photographs, DMV records revealed DONOVAN CHAPLIN had a beard at the time the photograph was taken. DMV records revealed Christopher L. Chaplin did not have facial hair at the time the photograph was taken.

24. According to the New York State Division of Criminal Justice Services Sex Offender Registry, DONOVAN CHAPLIN resided at *** Monroe Avenue, Angola, New York. DONOVAN CHAPLIN'S sex offender registry photograph revealed DONOVAN CHAPLIN with a goatee, taken April 11, 2022.

25. On May 23, 2023, a utilities query indicated National Fuel Gas was the utility provider for *** Monroe Avenue, Angola, New York 14006 registered to Christopher Chaplin, telephone number 716-***-3754.

26. On May 30, 2023, FBI Buffalo observed an individual matching the description of DONOVAN CHAPLIN exit a sedan bearing New York license plate JLY5195 at *** Monroe

13

Avenue, Angola, New York 14006. DMV records reveal New York license plate JLY5195 is a 2013 black Hyundai sedan registered to C L Chaplin, Date of Birth: ##/##/1959, address: ** Monroe Avenue, Angola, New York 14006.

27. On June 27, 2023, your affiant obtained a federal search warrant from the Honorable Jeremiah J. McCarthy in the Western District of New York for the residence located at 700 Monroe Avenue, Angola, New York 14006 and for the person of DONOVAN CHAPLIN. Upon execution on June 29, 2023, multiple items of electronic evidence were seized and DONOVAN CHAPLIN consented to an interview.

28. DONOVAN CHAPLIN was told he was not under arrest and was advised of his *Miranda Rights* and stated the following:

   a. DONOVAN CHAPLIN initially denied knowledge of Discord username "eric101#8073" and any conversations with Jane Doe 1.

   b. DONOVAN CHAPLIN informed Agents he only accessed the internet with his father, C.C., present to look for jobs or research about sports. C.C. would control the computer while CHAPLIN sat beside him.

   c. Agents spoke with C.C. and informed him of the information agents had regarding Discord username "eric101#8073" and the subscriber information associated with said account. Agents presented snippets of the chats between Discord username "eric101#8073" and Jane Doe 1 which referenced the Discord user's father's middle name. C.C. confirmed with agents that this Discord user was using C.C.'s true middle name. C.C. asked Agents if CHAPLIN told agents the truth after presenting him with that

14

specific chat snippet. Agents informed C.C. that CHAPLIN did not admit to being the user of Discord username "eric101#8073". Agents asked C.C. to call them if CHAPLIN decided he wanted to talk to agents and provide agents with additional information.

d. After agents departed CHAPLIN and C.C.'s residence, C.C. called your affiant and informed her CHAPLIN was ready to speak with agents and tell them the truth.

e. FBI Buffalo agents spoke with CHAPLIN and received a written statement containing the following information:

   i. CHAPLIN created a Discord account "eric101" using his father's phone number shortly after being released from jail.

   ii. While using Discord, CHAPLIN communicated with Jane Doe 1, whom he believed to be approximately 15 or 16 years old.

   iii. CHAPLIN engaged in highly sexual chats with Jane Doe 1 and knew it was wrong because she was not of legal age. CHAPLIN did it because he was horny and wanted to live life on the edge.

   iv. Jane Doe 1 sent CHAPLIN pictures of her vagina, which he masturbated to.

   v. CHAPLIN confirmed the Discord chat snippets agents had shown him were of his chats with Jane Doe 1.

## CONCLUSION

29. Based upon the facts set forth above, I submit that probable cause exists to believe that DONOVAN CHAPLIN, within the Eastern District of Virginia and elsewhere, between on or about November 12, 2022 and on or about January 25, 2023 has violated Title 18, United States Code, § 2422(b) and 2251(a).

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Desirae E. Maldonado
Special Agent
FBI Child Exploitation Task Force
Federal Bureau of Investigation

Subscribed and sworn before me this 3rd day of July 2023, in the City of Norfolk, Virginia.

_____
LAWRENCE R. LEONARD
UNITED STATES MAGISTRATE JUDGE